Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Raymond Y .Kim (SBN 251210)
rkim@reedsmith.com
Sevana Zadourian (SBN 315037)
szadourian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
Primeritus Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARYLNN ODAHL,<br><br>             Plaintiff,<br><br>vs.<br><br>PRIMERITUS FINANCIAL SERVICES, INC., KEY AUTO RECOVERY, and DOES 1 through 20, inclusive,<br><br>             Defendants. | <u>CLASS ACTION</u><br><br>Case No.:<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. BC679797]<br><br>**DECLARATION OF THOMAS W. ACKLEN IN SUPPORT OF NOTICE OF REMOVAL**<br><br>[Filed concurrently with<br>1. Notice of Removal;<br>2. Notice of Interested Parties;<br>3. Corporate Disclosure Statement; and<br>4. Civil Case Cover Sheet.] |

– 1 –

DECLARATION OF THOMAS W. ACKLEN

## DECLARATION OF THOMAS W. ACKLEN

I, Thomas W. Acklen, declare:

1. I am the Chief Financial Officer for Primeritus Financial Services, Inc. ("Primeritus"). I have personal knowledge of the facts contained in this declaration and if called upon to do so, could and would competently testify to them.

2. Primeritus is a corporation incorporated under the laws of Delaware and is headquartered in Nashville, Tennessee.

3. I have access to Primeritus's records relating to the repossession of motor vehicles in California. Included in these records is information relating to the dates and locations of the repossessions and the repossession fees received from Primeritus's lender clients in connection with the repossessions.

4. The data concerning these repossessions is collected and maintained in records maintained by Primeritus. The data concerning the repossessions are business records and were made in the regular course of business according to the regular practice of Primeritus at or near the time of the acts, conditions or events described in the documents, by or from information provided by a person with knowledge of the acts, conditions or events.

5. In November 2017, pursuant to the purported class claims alleged in the Complaint filed by Plaintiff Charlynn Odahl ("Plaintiff"), there was a search conducted of Primeritus's records for persons who fall within the following criteria:

    a. all persons who purchased or leased a motor vehicle for which we assume was primarily for personal, family, or household use;

    b. whose motor vehicle was repossessed in California since October 16, 2013 by an entity hired by Primeritus; and

    c. who paid a repossession fee to a lender to reinstate the contract or redeem the vehicle and for which Primeritus received from the

lender a fee for the repossession.

6. Based on this research and investigation, I discovered a total of over 100 persons who meet the criteria defined above. Based on information and belief, the total repossession fees paid by the putative class members directly to the lenders exceeds approximately 3.8 million dollars. The total repossession fees paid by the lenders to Primeritus for repossessions in California exceeds 5 million dollars. If Primeritus is enjoined from collecting fees from lenders for California repossessions, it will be damaged in excess of 5 million dollars.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on November __27__, 2017 at Nashville, Tennessee.

_____
Thomas W. Acklen