**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:**  CV 17-08570 SJO (AGRx)          **DATE:**  August 29, 2018

**TITLE:**          Charlynn Odahl v. Primeritus Financial Services, Inc. et al

========================================================================

**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                    Not Present
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                    Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Joint STIPULATION to Dismiss Case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by plaintiff Charlynn Odahl  [ECF # 51].  Accordingly, the Court Orders that this matter shall be dismissed pursuant to the STIPULATION to Dismiss.

All pending hearings are vacated and taken off this Court's calendar.

MINUTES FORM 11                                                  ___ : ___
CIVIL GEN                    Page 1 of  1              Initials of Preparer ___Vpc___